PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>William B. Martin</u>     Case Number: <u>3:07-00139</u>

Name of Judicial Officer: <u>The Honorable Thomas A. Wiseman, Jr., Senior U.S. District Judge</u>

Date of Original Sentence: <u>February 25, 2008</u>

Original Offense: <u>18 U.S.C. § 922 (g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>66 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>June 18, 2012</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>     Defense Attorney: <u>Douglas Thoresen</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ___ day of _____, 2012,
and made a part of the records in the above case.

_____
Thomas A. Wiseman, Jr.
Senior U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U. S. Probation Officer

Place     Nashville, Tennessee

Date      October 17, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from unlawful use of a controlled substance.**

   On October 1, 2012, Mr. Martin was given a random drug test that was positive for cocaine and marijuana. The testing lab confirmed the results. On October 3, 2012, he admitted that he had been using marijuana and cocaine regularly. On October 9, 2012, he was given another drug test that was positive for cocaine but denied new use since his admission on October 3, 2012. The lab confirmed the positive results.

**Compliance with Supervision Conditions and Prior Interventions:**

While in custody of the Bureau of Prisons, Mr. Martin completed the 500 hour Residential Drug Abuse Program for substance abuse. He began supervision on June 18, 2012, and is due to terminate supervision on June 17, 2015. He was employed with Southern Steak and Oyster as a cook from June 2012 through September 2012. His employment ended due to a conflict between Mr. Martin and another staff member and Mr. Martin walked off the job. He was fired for insubordination. Since late September 2012, he has been employed at T.G.I. Friday's as a cook.

A report was submitted to the Court on September 24, 2012, reporting that Mr. Martin tested positive for cocaine on two occasions, September 4 and September 25, 2012. He was referred for a substance abuse treatment and his drug testing was increased as a result of the positive drug tests. On October 3, 2012, Mr. Martin admitted to regularly using cocaine and marijuana. He reported there had been a death in his family that had been very difficult to deal with and he recently learned of a major medical condition that will be having a significant impact on his future. He was encouraged to attend a support group to deal with his emotional distress. He has been reprimanded and advised that further noncompliance could result in sanctions by the Court.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no further action be taken by the Court at this time and Mr. Martin be allowed to continue on supervised release to take advantage of outpatient substance abuse treatment.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _[signature]_
Britton Shelton
Supervisory U.S. Probation Officer